Case 2:04-sw-00212-DAD   Document 4   Filed 06/14/05   Page 1 of 1

McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

JUN 1 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SW-04-0212 DAD |
| Plaintiff, | |
| v. | |
| IN RE MATTER OF SEIZURE, WARRANT FOR CERTAIN FUNDS | [PROPOSED] UNSEALING ORDER |

On August 11, 2004, the Court entered a sealing order on the affidavit and seizure warrant numbered: SW-04-0212 DAD. The United States now requests that the affidavit and seizure warrant listed above be unsealed.

IT IS SO ORDERED.

JUN 1 4 2005

DATED:_____

_____
PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE